UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br>Plaintiff, <br><br>v. <br><br>LEUVANOS, et al., <br><br>Defendants. | Case No. 1:21-cv-01668-DAD-SAB (PC) <br><br>ORDER REGARDING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT <br><br>(ECF No. 17) |

Plaintiff Jon-Erik Roosevelt Bolds, Jr., is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the complaint, filed March 28, 2022.

Plaintiff filed the instant action on November 15, 2021. On January 24, 2022, the Court screened the complaint and found that Plaintiff stated cognizable excessive force claims against Defendants Luevanos, Valluas, Flores and Mora and a separate and unrelated retaliation claim against Defendant Lucos. (ECF No. 13.) Plaintiff was granted leave to file an amended complaint or notify the Court of his intent to proceed on one of the claims found to be cognizable. (Id.)

On February 28, 2022, the Court granted Plaintiff an extension of time to file an amended complaint. (ECF No. 16.)

///

///

1

Plaintiff filed an amended complaint on March 18, 2022, along with a separate motion to further amend the complaint, if necessary. (ECF Nos. 17, 18.) Plaintiff states that he has "very little legal knowledge" and is in "administrative segregation" with no access to the law library or legal assistance. (ECF No. 17.) Plaintiff requests that the Court give him "as many chances to amend my complaint as possible." (Id.)

Plaintiff is advised that the Court will screen the first amended complaint in due course and pursuant to Federal Rule of Civil Procedure 15, the Court should freely give leave to amend pleadings when justice so requires. Fed. R. Civ. P. 15(a)(2). As the Court has yet to review and screen Plaintiff's first amended complaint, the Court cannot determine whether further leave is justified. Accordingly, Plaintiff's motion for leave to amend is denied as unnecessary and premature.

IT IS SO ORDERED.

Dated:   **March 29, 2022**

UNITED STATES MAGISTRATE JUDGE