1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JON-ERIK ROOSEVELT BOLDS, JR.,              No.  1:21-cv-01668-DAD-SAB (PC)

12                    Plaintiff,

13          v.                                     ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS
14    LEUVANOS, et al.,
                                                   (Doc. Nos. 19, 21)
15                    Defendants.

16

17          Plaintiff Jon-Erik Roosevelt Bolds, Jr. is proceeding *pro se* and *in forma pauperis* in this

18    civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 29, 2022, the assigned magistrate judge issued findings and recommendations,

21    recommending that plaintiff's motion for a preliminary injunction (Doc. No. 19) be denied.  (Doc.

22    No. 21.)  Those findings and recommendations were served on plaintiff and contained notice that

23    any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 3.)  On April

24    14, 2022, plaintiff filed objections.  (Doc. No. 24.)  Therein, plaintiff offers no authority or

25    substantive argument rebutting the magistrate judge's conclusion that this court lacks personal

26    jurisdiction over defendant at this preliminary screening stage of this action; that the court cannot

27    determine plaintiff's likelihood of success on the merits of his claims; and that plaintiff has failed

28    /////

1

1   to demonstrate how irreparable injury is likely in the absence of the issuance of an injunction.

2   (*See* Doc. No. 21.)

3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4   *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's

5   objections, the court finds the findings and recommendations to be supported by the record and

6   by proper analysis.

7          Accordingly,

8          1.    The findings and recommendations issued on March 29, 2022 (Doc. No. 21) are

9                adopted; and

10         2.    Plaintiff's motion for a preliminary injunction (Doc. No. 19) is denied.

11  IT IS SO ORDERED.

12   Dated:   __**May 10, 2022**__                    _____

13                                        UNITED STATES DISTRICT JUDGE