# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LUEVANOS, et al.,<br><br>Defendants. | Case No. 1:21-cv-01668-ADA-SAB (PC)<br><br>ORDER VACATING DECEMBER 7, 2022 SETTLEMENT CONFERENCE AND RESCHEDULING TO **JANUARY 30, 2023**<br><br>(ECF No. 45)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 44) |

Jon-Erik Roosevelt Bolds, Jr. (Plaintiff), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on December 7, 2022, before Magistrate Judge Barbara A. McAuliffe. (ECF No. 42.)

On November 9, 2022, Plaintiff filed a motion to reschedule the settlement conference because he is scheduled for court in a pending criminal matter on December 7, 2022. (ECF No. 45.)

On the basis of good cause, the Court will vacate the December 7, 2022 settlement conference and reschedule to January 30, 2023, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The December 7, 2022, settlement conference before Magistrate Judge Barbara A. McAuliffe is VACATED;

2. The writ of habeas corpus ad testificandum issued on November 9, 2022 (ECF No. 44) is VACATED;

3. The settlement conference is rescheduled for **January 30, 2023, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe by way of videoconference;

4. The parties shall submit their confidential settlement conference on or before **January 23, 2023**, as set forth in the Court's September 27, 2022 order;

5. All other provisions of the Court's September 27, 2022, order remain in effect; and

6. The Court will issue the necessary writ of habeas corpus ad testificandum in due course.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE