UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LUEVANOS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-01668-ADA-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JON-ERIK ROOSEVELT BOLDS JR.**, KCSO # 2296220<br><br>DATE: January 30, 2023<br>TIME:  9:30 a.m. |

**Inmate Jon-Erik Roosevelt Bolds, Jr., KCSO # 2296220**, a necessary and material witness on his behalf in a settlement conference on January 30, 2023, at 9:30 a.m., is confined at the Lerdo Justice Facility, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on January 30, 2023 at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of the Lerdo Justice Facility:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 3, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

