# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUEVANOS, et al., <br><br> Defendants. | Case No. 1:21-cv-01668-ADA-SAB (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE JON-ERIK ROOSEVELT BOLDS, JR. KCSO #2296220 |

A settlement conference in this matter commenced on January 30, 2023, Jon-Erik Roosevelt Bolds, Jr., KCSO #2296220, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 30, 2023**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

1