# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUEVANOS, et al., <br><br> Defendants. | Case No. 1:21-cv-01668-ADA-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR MEDICAL AND MENTAL HEALTH RECORDS <br><br> (ECF No. 54) |

Jon-Erik Roosevelt Bolds, Jr. (Plaintiff), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for medical and mental health records, filed May 8, 2023. Plaintiff's request must be denied. As stated in the Court's February 7, 2023, discovery and scheduling order, discovery requests shall be served on the opposing party and shall not be filed with the Court. (ECF No. 53.) Accordingly, Plaintiff's request for his medical and mental health records is denied as it not properly filed with the Court.

IT IS SO ORDERED.

Dated: **May 10, 2023**

UNITED STATES MAGISTRATE JUDGE

1