UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUEVANOS, et al.,, <br><br> Defendants. | No. 1:21-cv-01668-ADA-SAB (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISCOVERY REQUESTS <br><br> (ECF No. 58) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file a response to Defendants' discovery requests dated July 20, 2023. Although the time to file an opposition has not expired, the Court finds a response unnecessary and deems Plaintiff's motion submitted.

As stated in the Court's February 7, 2023, discovery and scheduling order, responses to discovery requests are due forty-five (45) days after the request is first served. (ECF No. 53 at 1.) On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted forty-five (45) days from the date of service of this order to file a response to Defendants' discovery requests dated July 20, 2023.

IT IS SO ORDERED.

Dated:   **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE

1