UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUEVANOS, et al.,, <br><br> Defendants. | No. 1:21-cv-01668-ADA-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AND IMPROPERLY FILED <br><br> (ECF No. 62) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for discovery, filed September 21, 2023. Plaintiff's request must be denied. As stated in the Court's February 7, 2023, discovery and scheduling order and May 10, 2023 order, discovery requests shall be served on the opposing party and shall not be filed with the Court. (ECF Nos. 53, 56.) Accordingly, Plaintiff's request for his discovery should be served on Defendants only and not the Court. Therefore, Plaintiff's motion is denied as improperly filed with the Court.

IT IS SO ORDERED.

Dated:  **September 22, 2023**

UNITED STATES MAGISTRATE JUDGE

1