UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-ERIK ROOSEVELT BOLDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUEVANOS, et al.,, <br><br> Defendants. | No. 1:21-cv-01668-ADA-SAB (PC) <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS' MOTION TO COMPEL <br><br> (ECF Nos. 66, 68) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 5, 2023, Defendants filed a motion to compel responses to discovery. (ECF No. 66.)  On October 13, 2023, Defendants filed a motion to withdraw the motion to compel as it was filed prematurely.

Based on Defendants' motion to withdraw, the Clerk of Court is HEREBY DIRECTED to terminate Defendants' motion to compel (ECF No. 66), filed on October 5, 2023.

IT IS SO ORDERED.

Dated:   **October 16, 2023**

UNITED STATES MAGISTRATE JUDGE

1